UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| TOBY FANSLER JR.,               ) | |
|                                                  ) | |
|         Plaintiff,                         ) | |
|                                                  ) | |
|     v.                                       ) | CIVIL NO. 1:07-CV-00081 |
|                                                  ) | |
| MICHAEL J. ASTRUE,          ) | |
| Commissioner of Social Security,  ) | |
|                                                  ) | |
|         Defendant.                      ) | |

## OPINION AND ORDER

This matter is before the Court on a Motion of Award of Attorney's Fees Pursuant to the Equal Access to Justice Act filed by Plaintiff Toby Fansler Jr. on April 22, 2008. (Docket # 28.) Defendant Commissioner of Social Security has declined to file a response.

On February 19, 2008, this Court entered an Opinion and Order remanding this case to the Social Security Administration for further proceedings. (Docket # 26.)  Fansler is now seeking $1,960.20 in attorney fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.  The EAJA states that "[e]xcept as otherwise specifically provided by statute, a court shall award to a prevailing party other than the United States fees and other expenses . . . incurred by that party in any civil action . . . brought by or against the United States . . . unless the court finds that the position of the United States was substantially justified or that special circumstances make an award unjust." 28 U.S.C. § 2412(d)(1)(A).  Here, the Commissioner apparently concedes that an award of fees is appropriate since it has declined to file a response.

Accordingly, Fansler's request for attorney fees will be granted.

## **CONCLUSION**

For the foregoing reasons, Fansler's motion for award of attorney's fees under the EAJA (Docket # 28) is GRANTED in the amount of $1,960.20.

Enter for May 16, 2008.

                                         S/ Roger B. Cosbey
                                         Roger B. Cosbey
                                         United States Magistrate Judge